**SHELLEY D. KROHN**
Federal Bankruptcy Trustee
510 S. 8th Street
Las Vegas, NV 89101
(702) 421-2210; Fax (702) 366-1939
Shelley@TrusteeKrohn.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

BRANDON MICHAEL D'HAENENS

Debtor.

Case No. BK-S 16-16602-BTB

IN PROCEEDINGS UNDER CHAPTER 7

**NOTICE OF CORRECTION OF STATEMENT ADJOURNING MEETING OF 341(a) MEETING OF CREDITORS**

Shelley D. Krohn, Trustee ("TRUSTEE") of the above-entitled estate, filed her Statement Adjourning Meeting of 341(a) Meeting of Creditors on January 12, 2017 as ECF # 20. The docket text for this entry states that the 341 meeting was concluded. This was stated in error. The 341(a) Meeting was continued to 2/8/17 at 12:30 pm as was stated in the docket text. The 341(a) Meeting was not concluded at this time, and still has not been concluded to date.

DATED: 4/10/17

Shelley D. Krohn, Trustee