Victoria L. Nelson, Esq. (NV Bar No. 5436)
Email: vnelson@nelsonhoumand.com
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
Email: kortiz@nelsonhoumand.com
NELSON & HOUMAND PC
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

*Electronically Filed On: August 28, 2017*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

BRANDON MICHAEL D'HAENENS,

Debtor.

Case No.  BK-S-16-16602-BTB
Chapter 7

**NOTICE OF HEARING ON MOTION TO APPROVE COMPROMISE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

Date of Hearing:       September 28, 2017
Time of Hearing:       11:00 a.m.
Place: Courtroom No. 4, Second Floor
           Foley Federal Building
           300 Las Vegas Blvd., S.
           Las Vegas, NV 89101

Judge: Honorable Bruce T. Beesley[1]

**NOTICE IS HEREBY GIVEN** that the *Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion") was filed by SHELLEY D. KROHN, the Chapter 7 Trustee in the above-captioned bankruptcy case, by and through her counsel of record, Victoria L. Nelson, Esq., Jacob L. Houmand, Esq. and Kyle J. Ortiz, Esq. of the law firm of Nelson & Houmand, P.C.

---

[1] Unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.  The Federal Rules of Civil Procedure will be referred to as "FRCP" and the Federal Rules of Bankruptcy Procedure will be referred to as "FRBP."  The Local Rules of Practice for the United States Bankruptcy Court for the District of Nevada shall be referred to as the "Local Rules".

NELSON & HOUMAND, P.C.
1180 North Town Center Drive, Suite 100, Las Vegas, Nevada 89144
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

NELSON & HOUMAND, P.C.
1180 North Town Center Drive, Suite 100, Las Vegas, Nevada 89144
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

1    The Motion seeks an order approving a settlement agreement (the "Settlement

2   Agreement") entered into between the Trustee and BRANDON MICHAEL D'HAENENS (the

3   "Debtor") that resolves the dispute concerning the action captioned *Half Dental Franchise, LLC*

4   *v. Bizzaro* (Case No. A-15-722175-C) (the "Fraudulent Transfer Action") pending in the Eighth

5   Judicial District Court and the Debtor's homestead exemption pursuant to Federal Rule of

6   Bankruptcy Procedure 9019

7    Pursuant to Local Rule 9019(c), notice is hereby given that the terms of the Settlement

8   Agreement include the following:

9    a.    In consideration of a resolution of the dispute concerning the Fraudulent

10  Transfer Action and the Debtor's homestead exemption, the Debtor shall pay the Trustee a lump-

11  sum payment of $62,500 (the "Settlement Sum").

12   b.    The Trustee, on behalf of the Debtor's estate and any entity owned or

13  controlled by the Trustee in her capacity as such, whether now or hereafter, hereby fully releases

14  and discharges, to the maximum extent possible under applicable federal and state law: (a) the

15  Debtor; (b) Bizzaro; (c) Doty; (d) Simmons; and (e) all current and past affiliated entities of the

16  foregoing individuals, along with their respective relatives, members, managers, partners, limited

17  partners, officers, directors, owners, employees, agents, insurers, counsel, and predecessors and

18  successors (collectively, the "Released Parties"), from any and all potential or actual claims,

19  causes of action, derivative claims, debts, liabilities, obligations, contracts, agreements,

20  covenants, representations, warranties, expenses, and attorneys' fees and/or costs, which the

21  Debtor's bankruptcy estate now has, or ever has had, against the Released Parties, whether at law

22  or in equity, including, but not limited to, all claims that were asserted in (or could have been

23  asserted in) the Fraudulent Transfer Action.

24   c.    The Debtor has agreed to release any and all claims against the Trustee.

25   The description of the Settlement Agreement set forth herein is a summary only and does

26  not modify or otherwise affect the terms of the Settlement Agreement.  To the extent of any

27  conflict between the Settlement Agreement and the description set forth herein, the Settlement

28  Agreement shall control.

-2-

NELSON & HOUMAND, P.C.
1180 North Town Center Drive, Suite 100, Las Vegas, Nevada 89144
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

1    A copy of the Motion, and the *Declaration of Victoria L. Nelson In Support of Motion to*

2  *Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* are on file with

3  the Clerk's Office of the United States Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth

4  Floor, Las Vegas, Nevada 89101.  Copies of the Motion and any supporting declarations may also

5  be obtained from counsel for the Trustee or through the Bankruptcy Court's website at

6  www.nvb.uscourts.gov.

7    **NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief

8  sought in the Motion, or if you want the Court to consider your views on the Motion, then you

9  must file an opposition with the Court, and serve a copy of the person making the Motion ***no later***

10  ***than fourteen days before the hearing date.***  The opposition must state your position, set forth all

11  relevant facts and legal authority, and be supported by affidavits or declarations that conform to

12  Local Rule 9014(c).

13  If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading

14  with the court.  You *must* also serve your written response on the person who sent you this

15  notice.

16  If you do not file a written response with the court, or if you do not serve your written

17  response on the person who sent you this notice, then:

18  •    The Court may *refuse to allow you to speak* at the scheduled hearing; and
    •    The Court may *rule against you* without formally calling the matter at the hearing.

19

20

21    **NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a

22  United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South,

23  Second Floor, Courtroom No. 4, Las Vegas, Nevada on September 28, 2017 at 11:00 a.m.

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

NELSON & HOUMAND, P.C.
1180 North Town Center Drive, Suite 100, Las Vegas, Nevada 89144
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

1    **NOTICE IS FURTHER GIVEN** that this hearing may be continued from time to time

2    without further notice except for the announcement of any adjourned dates and times at the

3    above-noted hearing or any adjournment thereof.

4        Dated this 28th day of August, 2017.

5                                                            **NELSON & HOUMAND PC**

6                                                            By:  */s/ Jacob L. Houmand*
                                                             Victoria L. Nelson, Esq. (NV Bar No. 5436)
7                                                            Jacob L. Houmand, Esq. (NV Bar No. 12781)
                                                             Kyle J. Ortiz, Esq. (NV Bar No. 14252)
8                                                            1180 North Town Center Drive, Suite 100
                                                             Las Vegas, Nevada 89144
9                                                            Telephone:    702/720-3370
                                                             Facsimile:    702/720-3371
10

11                                                           *Counsel for Shelley D. Krohn, Chapter 7 Trustee*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28