

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 31, 2017

Victoria L. Nelson, Esq. (NV Bar No. 5436)
Email: vnelson@nelsonhoumand.com
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
Email: kortiz@nelsonhoumand.com
NELSON & HOUMAND, P.C.
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:   702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-16-16602-BTB<br>Chapter 7 |
|---|---|
| BRANDON MICHAEL D'HAENENS,<br><br>Debtor. | **ORDER APPROVING THIRD STIPULATION TO EXTEND DEADLINE TO OBJECT TO DEBTOR'S EXEMPTIONS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 4003**<br><br>Date of Hearing:    N/A<br>Time of Hearing:   N/A<br><br>Judge: Honorable Bruce T. Beesley |

The Court having reviewed and considered the *Third Stipulation to Extend Deadline to Object to Debtor's Exemptions Pursuant to Federal Rule of Bankruptcy Procedure 4003* (the "Stipulation") filed by the parties thereto, and good cause appearing therefore,

. . .

. . .

-1-

**IT IS HEREBY ORDERED** that[1]:

(1) The Stipulation is APPROVED in its entirety;

(2) The deadline for the Trustee to file an objection to the Debtor's exemptions shall be continued from **August 31, 2017**, up to and including **October 19, 2017**; and

(3) The Stipulation is without prejudice to any of the Parties requesting a further extension of time from the Court for cause shown.

**IT IS SO ORDERED**

Prepared and Submitted By:

**NELSON & HOUMAND, P.C.**

By: */s/ Jacob L. Houmand*
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:     702/720-3370
Facsimile:     702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

###

---

[1] Unless otherwise provided herein, all defined terms shall have the same meaning ascribed to them in the Stipulation.

-2-

NELSON & HOUMAND, P.C.
1180 North Town Center Drive, Suite 100, Las Vegas, Nevada 89144
Telephone: (702) 720-3370 Facsimile: (702) 720-3371