E-filed: September 14, 2017

Bob L. Olson (NV Bar No. 3783)
Justin L. Carley (NV Bar No. 9994)
Charles E. Gianelloni (NV Bar No. 12747)
V.R. Bohman (NV Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
       jcarley@swalw.com
       cgianelloni@swlaw.com
       vbohman@swlaw.com
*Attorneys for Half Dental Franchise, LLC, HDM, LLC, Chayse Myers, and Matt Baker*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>BRANDON MICHAEL D'HAENENS,<br><br>Debtor. | Case No. 16-16602-btb<br><br>Chapter 7<br><br>**AMENDED STIPULATION TO CONTINUE HEARING DATE ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE**<br><br>**Old Hearing Date:** September 28, 2017<br>**Old Hearing Time:** 11:00 a.m.<br><br>**New Hearing Date:** October 24, 2017<br>**New Hearing Time:** 1:30 p.m. |

THIS STIPULATION is entered into by and between Half Dental Franchise, LLC ("Half Dental"), HDM, LLC ("HDM"), Chayse Myers ("Chayse Myers"), and Matt Baker ("Matt Baker") (collectively, the "Creditors") and Shelley D. Krohn, Chapter 7 Trustee ("Trustee" and together with Creditors, the "Parties") based on the following:

WHEREAS, on August 28, 2017, Trustee filed a *Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion") [ECF No. 80].

WHEREAS, a hearing on the Motion is currently set for September 28, 2017 at 11:00 a.m.

4849-6835-2591

WHEREAS, the Parties agree to continue the hearing on the Motion to October 24, 2017 at 1:00 p.m..

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. That the hearing on the Motion shall be continued from September 28, 2017 at 11:00 a.m. to **October 24, 2017 at 1:00 p.m.;**

2. That the deadline to oppose the Motion shall be **October 10, 2017;**

3. That the deadline for Trustee to file her reply to any opposition and in support of the Motion shall be **October 17, 2017;**

4. That the hearing currently set for September 28, 2017 at 11:00 a.m. for the Motion shall be vacated; and

5. That the Court may enter an Order approving this Stipulation in the form attached as **Exhibit 1**.

DATED this 14th day of September 2017.

| SNELL & WILMER L.L.P. | NELSON & HOUMAND PC |
|---|---|
| /s/ Charles E. Gianelloni | /s/ Jacob L. Houmand |
| Bob L. Olson (NV Bar No. 3783) | Victoria L. Nelson (NV Bar No. 5436) |
| Justin L. Carley (NV Bar No. 9994) | Jacob L. Houmand (NV Bar No. 12781) |
| Charles E. Gianelloni (NV Bar No. 12747) | Kyle J. Ortiz (NV Bar No. 14252) |
| V.R. Bohman (NV Bar No. 13075) | 1180 North Town Center Drive, Suite 100 |
| 3883 Howard Hughes Parkway, Suite 1100 | Las Vegas, NV 89144 |
| Las Vegas, NV 89169 | Telephone: (702) 720-3370 |
| Telephone: (702) 784-5200 | Facsimile: (702) 720-3371 |
| Facsimile: (702) 784-5252 | |
| *Attorneys for Half Dental Franchise, LLC, HDM, LLC, Chayse Myers, and Matt Baker* | *Attorneys for Shelley D. Krohn, Chapter 7 Trustee* |

- 2 -

4849-6835-2591

# EXHIBIT 1

# EXHIBIT 1

Bob L. Olson (NV Bar No. 3783)
Justin L. Carley (NV Bar No. 9994)
Charles E. Gianelloni (NV Bar No. 12747)
V.R. Bohman (NV Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
       jcarley@swalw.com
       cgianelloni@swlaw.com
       vbohman@swlaw.com
*Attorneys for Half Dental Franchise, LLC, HDM, LLC, Chayse Myers, and Matt Baker*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>BRANDON MICHAEL D'HAENENS,<br><br>Debtor. | Case No. 16-16602-btb<br><br>Chapter 7<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE**<br><br>Old Hearing Date: September 28, 2017<br>Old Hearing Time: 11:00 a.m.<br><br>New Hearing Date: October 24, 2017<br>New Hearing Time: 1:00 p.m. |

The Court having reviewed and considered the *Stipulation to Continue Hearing Date on Chapter 7 Trustee's Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* ("Stipulation") entered into by and between counsel for Half Dental Franchise,

4844-5146-5039

LLC ("Half Dental"), HDM, LLC ("HDM"), Chayse Myers ("Chayse Myers"), and Matt Baker ("Matt Baker") (collectively, the "Creditors") and Shelley D. Krohn, Chapter 7 Trustee ("Trustee" together with Creditors, the "Parties") and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED;

**IT IS FURTHER ORDERED** that the hearing on Trustee's *Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* [ECF No. 80] shall be continued from September 28, 2017 to **October 24, 2017 at 1:00 p.m.**;

**IT IS FURTHER ORDERED** that the deadline to file an opposition to the Motion shall be **October 10, 2017**;

**IT IS FURTHER ORDERED** that the deadline for Trustee to file her reply to any opposition and in support of the Motion shall be **October 17, 2017**;

**IT IS FURTHER ORDERED** that the hearing currently set for the Motion on September 28, 2017 at 11:00 a.m. shall be **vacated**.

**IT IS SO ORDERED.**

Respectfully submitted,

SNELL & WILMER L.L.P.

/s/ Charles E. Gianelloni
Bob L. Olson (NV Bar No. 3783)
Justin L. Carley (NV Bar No. 9994)
Charles E. Gianelloni (NV Bar No. 12747)
V.R. Bohman (NV Bar No. 13075)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Half Dental Franchise, LLC, HDM, LLC, Chayse Myers, and Matt Baker*

###

- 2 -

4844-5146-5039