**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: D'HAENENS, BRANDON MICHAEL    §    Case No. 16-16602-BTB
   §
   §
   §
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Shelley D. Krohn, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $149,525.00 | Assets Exempt: | $554,525.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $13,356.97 | Claims Discharged Without Payment: | $23,440,632.55 |
| Total Expenses of Administration: | $49,143.03 | | |

3) Total gross receipts of $62,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $62,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,142,958.00 | $2,151,837.93 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $49,143.03 | $49,143.03 | $49,143.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $248,554.79 | $429,549.28 | $46,928.27 | $13,356.97 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $84,510,890.06 | $23,245,660.43 | $23,239,282.55 | $0.00 |
| **TOTAL DISBURSEMENTS** | $85,902,402.85 | $25,876,190.67 | $23,335,353.85 | $62,500.00 |

4) This case was originally filed under chapter 7 on 12/13/2016. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2020

By: /s/ Shelley D. Krohn
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement with Debtor | 1249-000 | $62,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$62,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Republic Services | 4110-000 | $4,400.00 | $2,312.93 | $0.00 | $0.00 |
| 4S-3 | IRS | 4110-000 | $138,558.00 | $149,525.00 | $0.00 | $0.00 |
| 8S-2 | CHAYSE MYERS C/O SNELL & WILMER L.L.P. ATTN CHARLES E | 4120-000 | $500,000.00 | $500,000.00 | $0.00 | $0.00 |
| 9S-2 | HALF DENTAL FRANCHISE, LLC C/O SNELL & WILMER L.L.P. ATTN CHARLES E | 4120-000 | $500,000.00 | $500,000.00 | $0.00 | $0.00 |
| 10S-2 | HDM, LLC C/O SNELL & WILMER L.L.P. ATTN: CHARLES E. GIANELLONI | 4120-000 | NA | $500,000.00 | $0.00 | $0.00 |
| 11S-2 | MATT BAKER C/O SNELL & WILMER L.L.P. ATTN: CHARLES E. | 4120-000 | NA | $500,000.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$1,142,958.00** | **$2,151,837.93** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Shelley D. Krohn | 2100-000 | NA | $6,375.00 | $6,375.00 | $6,375.00 |
| Trustee, Expenses - Shelley D. Krohn | 2200-000 | NA | $270.06 | $270.06 | $270.06 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $428.08 | $428.08 | $428.08 |
| Attorney for Trustee Fees (Other Firm) - Houmand Law Firm, Ltd. | 3210-000 | NA | $41,850.00 | $41,850.00 | $41,850.00 |
| Attorney for Trustee Expenses (Other Firm) - Houmand Law Firm, Ltd. | 3220-000 | NA | $219.89 | $219.89 | $219.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$49,143.03** | **$49,143.03** | **$49,143.03** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P-3 | IRS | 5800-000 | $204,801.94 | $397,422.95 | $14,801.94 | $4,213.01 |
| 16P | Arizona Department of Revenue | 5800-000 | $34,752.85 | $16,252.85 | $16,252.85 | $4,625.97 |
| 17P | Idaho State Tax Commission Bankruptcy Unit | 5800-000 | NA | $15,873.48 | $15,873.48 | $4,517.99 |
| N/F | Idaho State Tax Commission | 5800-000 | $9,000.00 | NA | NA | NA |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $248,554.79 | $429,549.28 | $46,928.27 | $13,356.97 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AIREEN WILLIAMSON | 7100-000 | $92,000.00 | $19,454.40 | $19,454.40 | $0.00 |
| 3 | Quantum3 Group LLC as agent for MidCountry Bank | 7100-000 | NA | $6,377.88 | $0.00 | $0.00 |
| 4-3U | IRS | 7100-000 | $36,640.06 | $41,443.23 | $41,443.23 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $6,200.00 | $3,100.27 | $3,100.27 | $0.00 |
| 6 | PYOD, LLC its successors and assigns as assigneeof FNBM, LLC Resurgent Capital Services | 7100-000 | $2,700.00 | $1,350.26 | $1,350.26 | $0.00 |
| 7 | Cavalry SPV I, LLC | 7100-000 | NA | $22,112.78 | $22,112.78 | $0.00 |
| 8U-2 | CHAYSE MYERS C/O SNELL & WILMER L.L.P. ATTN CHARLES E | 7100-000 | $60,000,000.00 | $5,679,407.64 | $5,679,407.64 | $0.00 |
| 9U-2 | HALF DENTAL FRANCHISE, LLC C/O SNELL & WILMER L.L.P. ATTN CHARLES E | 7100-000 | $11,500,000.00 | $5,679,407.64 | $5,679,407.64 | $0.00 |
| 10U-2 | HDM, LLC C/O SNELL & WILMER L.L.P. ATTN: CHARLES E. GIANELLONI | 7100-000 | $6,000,000.00 | $5,679,407.64 | $5,679,407.64 | $0.00 |
| 11U-2 | MATT BAKER C/O SNELL & WILMER L.L.P. ATTN: CHARLES E. | 7100-000 | $6,000,000.00 | $5,679,407.64 | $5,679,407.64 | $0.00 |
| 12-1 | Adam Polan | 7100-000 | NA | $24,276.02 | $24,276.02 | $0.00 |
| 13 | KOLESAR & LEATHAM | 7100-000 | $30,000.00 | $46,625.25 | $46,625.25 | $0.00 |
| 14 | George E. Doty | 7100-000 | $600,000.00 | $300,000.00 | $300,000.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Yellow Book Sales and Distribution Company, Inc. John W. Muije & Associates | 7100-000 | $42,000.00 | $56,602.38 | $56,602.38 | $0.00 |
| 16U | Arizona Department of Revenue | 7200-000 | $0.00 | $3,058.40 | $3,058.40 | $0.00 |
| 17U | Idaho State Tax Commission Bankruptcy Unit | 7200-000 | NA | $3,629.00 | $3,629.00 | $0.00 |
| N/F | CHARLES DAMUS | 7100-000 | $16,500.00 | NA | NA | NA |
| N/F | FIRST PROGRESS | 7100-000 | $700.00 | NA | NA | NA |
| N/F | FIRST PROGRESS | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | LAS VEGAS AIRCRAFT SALES | 7100-000 | $99,950.00 | NA | NA | NA |
| N/F | LAS VEGAS WATER DISTRICT | 7100-000 | $0.00 | NA | NA | NA |
| N/F | STEVE SIMMONS | 7100-000 | $83,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$84,510,890.06** | **$23,245,660.43** | **$23,239,282.55** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-16602-BTB
Case Name: D'HAENENS, BRANDON MICHAEL
For Period Ending: 03/13/2020

Trustee Name: (480070) Shelley D. Krohn
Date Filed (f) or Converted (c): 12/13/2016 (f)
§ 341(a) Meeting Date: 01/11/2017
Claims Bar Date: 05/25/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 609 LOS FELIZ ST., Las Vegas, NV 89110-0000, Clark County Single-family home, Co- Owner Severn P. Bizzaro (Brother). Entire property value: $290,000.00 | 145,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: BANK OF AMERICA CHECKING ACCOUNT | 25.00 | 0.00 | | 0.00 | FA |
| 3 | TELEV1S1ON, LAPTOP COMPUTER, HOME STEREO, 1-PAD | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | MISCELLANEOUS WARDROBE | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Settlement with Debtor (u)<br><br>Settlement with Debtor for release of any claims Trustee has authority to settle, including claims asserted in pending Fraudulent Transfer Action and any objection that could be raised to Debtor's homestead exemption. See Order #104 granting settlement. | 0.00 | 62,500.00 | | 62,500.00 | FA |
| 5 | Assets Totals (Excluding unknown values) | $149,525.00 | $62,500.00 | | $62,500.00 | $0.00 |

**Major Activities Affecting Case Closing:**

    12/4/19: TFR submitted to UST. BD
    12/10/19: NFR & NOH filed. Hearing set for 1/23/20 @ 11:00 am. BD
    1-23-20 - TFR approved. sk
    2/10/20: Check to AZ dept of revenue returned as the super intelligent person who filed the POC abbreviated the state as AR instead of AZ. Googled, got correct address, and re-sent to West Monroe Street in AZ. BD

**Initial Projected Date Of Final Report (TFR):** 12/13/2018   **Current Projected Date Of Final Report (TFR):** 12/04/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 16-16602-BTB | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|
| Case Name: | D'HAENENS, BRANDON MICHAEL | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7129 | Account #: | ******9700 Checking |
| For Period Ending: | 03/13/2020 | Blanket Bond (per case limit): | $31,197,145.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/04/17 | {5} | Nelson & Houmand, P.C. | Settlement funds from Debtor | 1249-000 | 62,500.00 | | 62,500.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.91 | 62,425.09 |
| 01/24/18 | 101 | Houmand Law Firm, Ltd. | Attorney fees paid per Order #115, 1/24/18 | 3210-000 | | 41,850.00 | 20,575.09 |
| 01/24/18 | 102 | Houmand Law Firm, Ltd. | Attorney expenses paid per Order #115, 1/24/18 | 3220-000 | | 219.89 | 20,355.20 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 98.76 | 20,256.44 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.32 | 20,213.12 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.07 | 20,184.05 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.06 | 20,155.99 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.89 | 20,124.10 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.97 | 20,096.13 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.83 | 20,065.30 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.82 | 20,035.48 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.36 | 20,020.12 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.09 | 20,002.03 |
| 03/20/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******8270 | Transition Debit to Metropolitan Commercial Bank acct 3910018270 | 9999-000 | | 20,002.03 | 0.00 |

| | COLUMN TOTALS | 62,500.00 | 62,500.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 0.00 | 20,002.03 | |
| | **Subtotal** | 62,500.00 | 42,497.97 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$62,500.00** | **$42,497.97** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 16-16602-BTB | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|
| Case Name: | D'HAENENS, BRANDON MICHAEL | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7129 | Account #: | ******8270 Checking Account |
| For Period Ending: | 03/13/2020 | Blanket Bond (per case limit): | $31,197,145.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/20/19 | | Transfer Credit from Rabobank, N.A. acct ******9700 | Transition Credit from Rabobank, N.A. acct 5020489700 | 9999-000 | 20,002.03 | | 20,002.03 |
| 01/24/20 | 1000 | Shelley D. Krohn | 16-16602 BRANDON DHAENENS Distribution payment - Dividend paid at 100.00% of $6,375.00; Claim # FEE; Filed: $6,375.00 | 2100-000 | | 6,375.00 | 13,627.03 |
| 01/24/20 | 1001 | Shelley D. Krohn | 16-16602 BRANDON DHAENENS Distribution payment - Dividend paid at 100.00% of $270.06; Claim # TE; Filed: $270.06 | 2200-000 | | 270.06 | 13,356.97 |
| 01/24/20 | 1002 | IRS | 16-16602 BRANDON DHAENENS Distribution payment - Dividend paid at 28.46% of $14,801.94; Claim # 53274P-3; Filed: $397,422.95 | 5800-000 | | 4,213.01 | 9,143.96 |
| 01/24/20 | 1003 | Arizona Department of Revenue | 16-16602 BRANDON DHAENENS Distribution payment - Dividend paid at 28.46% of $16,252.85; Claim # 523716P; Filed: $16,252.85 | 5800-000 | | 4,625.97 | 4,517.99 |
| 01/24/20 | 1004 | Idaho State Tax Commission Bankruptcy Unit | 16-16602 BRANDON DHAENENS Distribution payment - Dividend paid at 28.46% of $15,873.48; Claim # 17P; Filed: $15,873.48 | 5800-000 | | 4,517.99 | 0.00 |
| | | **COLUMN TOTALS** | | | 20,002.03 | 20,002.03 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 20,002.03 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 20,002.03 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $20,002.03 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-16602-BTB | **Trustee Name:** | Shelley D. Krohn (480070) |
| **Case Name:** | D'HAENENS, BRANDON MICHAEL | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7129 | **Account #:** | ******8270 Checking Account |
| **For Period Ending:** | 03/13/2020 | **Blanket Bond (per case limit):** | $31,197,145.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9700 Checking | $62,500.00 | $42,497.97 | $0.00 |
| ******8270 Checking Account | $0.00 | $20,002.03 | $0.00 |
| | **$62,500.00** | **$62,500.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)