NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

BRANDON MICHAEL D'HAENENS

Debtor(s)

BK−16−16602−btb
CHAPTER 7

FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that SHELLEY D KROHN is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 4/10/20

*Mary A. Schott*

Mary A. Schott
Clerk of Court